# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C08-5084RJB |
| Plaintiff, | |
| v. | ORDER DENYING CLAIMANT GILBERT'S MOTION TO TERMINATE SEALED BID SALE |
| 2004 BLUE LEXUS GX470, Washington License Plate 029RYB, VIN JTJBT20X940035115, et al., | |
| Defendants. | |

This matter comes before the court on the above-referenced motion (Dkt. 61). The court is familiar with the documents filed in support of and in opposition to the motion, and the contents of the file. For the reasons stated herein, the motion should be denied.

Claimant Gilbert objects to the proposed sale of the claimant's helicopter, scheduled for December 16, 2009, at 11:00 a.m. by sealed bid. The sale is to be made pursuant to the "Stipulation for an Interlocutory Sale, and to Lift Stay for Entry of Order Authorizing Interlocutory Sale of the Defendant's Properties Named in This Civil Forfeiture Matter" (Dkt. 60-2),

Claimant makes two basic objections to the sale. The first is that he did not get written notice sufficiently in advance to allow input as to the manner of sale, as provided by paragraph 28 of the Stipulation for Interlocutory Sale (Dkt. 60-2). The second is that the proposed manner

ORDER DENYING CLAIMAINT GILBERT'S MOTION TO TERMINATE SEALED BID SALE - 1

of sale will not maximize the proceeds from the sale of the assets, as required by paragraph 27 of the Stipulation for Interlocutory Sale. (*Id*.)

As to the notice provision, no specific time is contained for advance notice in the stipulation, and the sale was set up without the contemplated notice to the claimant. Nevertheless, through these proceedings, claimant has had actual notice of the manner in which the United States Marshal's Service intends to sell the helicopter and through these proceedings, has had an opportunity to provide input as to the manner of sale, in plenty of time for the United State's Marshal's Service or the court to stop the sale if it is not to be conducted in the "most commercially feasible manner, so as to maximize the proceeds from the sale of the assets" as required by paragraph 27 of the Stipulation for an Interlocutory Sale.

It further appears from the plaintiff's showing that, in spite of the claimant's concerns, the planned sale will be conducted in the most commercially feasible manner and will maximize the proceeds from the sale of the helicopter. Claimant's showing simply indicates that his proposed manner of sale <u>might</u> generate a higher price for the helicopter. In the face of the plaintiff's showing, claimant's showing is not strong enough for the court to find by a preponderance, that the claimant's proposed alternative method of sale <u>would</u> bring a higher price.

For those reasons, claimant Gilbert's Motion to Terminate Sealed Bid Sale (Dkt. 61) is hereby DENIED.

Dated this 15th day of December, 2009.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER DENYING CLAIMAINT GILBERT'S MOTION TO TERMINATE SEALED BID SALE - 2